### UNITED STATES DISTRICT COURT
### FOR EASTERN DISTRICT OF MICHIGAN
### DETROIT DIVISION

TANISHA C. BURTON,

Plaintiff,

     v.

CREDIT COLLECTION SERVICES, INC.,

Defendant.

Case No. 2:20-cv-13148-SJM-EAS

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

NOW COMES Tanisha C. Burton ("Plaintiff"), by and through her attorneys, and, in support of her Notice of Voluntary Dismissal with Prejudice, state as follows:

Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses her claims against Defendant, Credit Collection Services, Inc. with prejudice. Each party shall bear its own costs and attorney fees.

Dated: January 8, 2021

Respectfully Submitted,

*s/ Alexander J. Taylor*
Alexander J. Taylor
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue,
Suite 200
Lombard, IL 60148
Phone: (630) 575-8181
ataylor@sulaimanlaw.com
*Attorney for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*/s/ Alexander J. Taylor*
Alexander J. Taylor
